RECEIVED

JUL 1 1 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| TERRY CLINT KERR, ET AL. | MISC. CASE NO. 17-mc-112 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Terry Clint Kerr, as Executor and Derivative Claimant; and Jerry L. Kerr and Larry D. Kerr as Derivative Claimants of the Estate of Jerrel D. Kerr, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___11___ day of July, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE